655 FLORIDA ROAD
P.O. BOX 760
WOODBRIDGE, NJ 07095
Attorneys for Estate of Pancoast

| | |
|---|---|
| Gemini Transportation Underwriters LLC<br>    Plaintiff<br>vs<br>33 East Maintenance Inc., FCI Transport, Inc., & FCI Leasing, LLC<br>    Defendants<br>and<br>Estate of Brian Pancoast by Administratrix Ad Prosequendum Dana Pancoast<br>    Nominal Defendants | United States District Court<br>District of New Jersey<br>Case No.: 3:17-CV-07393 (BRM) (TJB) |
| 33 East Maintenance Inc., FCI Transport, Inc., FCI Leasing, LLC and Freehold Cartage, Inc.<br>    Third Party Plaintiffs<br>vs<br>Willis of Pennsylvania, Inc. and Willis of New Jersey, Inc.<br>    Third Party Defendants | AFFIDAVIT OF MERIT<br><br>PURSUANT TO<br><br>N.J.S.A. 2A:53A-27 |
| Willis of Pennsylvania, Inc. and Willis of New Jersey, Inc.,<br>    Fourth Party Plaintiffs<br>vs<br>CRC Insurance Services, Inc.<br>    Fourth Party Defendant | |

STATE OF NEW JERSEY)
                    ) SS:
COUNTY OF MORRIS    )

Armando M. Castellini, being of full age and duly sworn, hereby deposes and says:

1. I maintain offices at 78 Diamond Spring Road, Denville, New Jersey, and have been retained as an insurance expert by Estate of Brian Pancoast et al.

2. My Curriculum Vitae is attached hereto as Exhibit A and is made a part hereof.

3. I am presently licensed by the New Jersey Department of Banking & Insurance as a Property-Casualty and Life-Health Insurance Producer, and have continuously been so licensed since 1953.

1

4. I make this Affidavit based on my personal knowledge of the essential facts of this matter, based on my review of various documents provided to me, sufficient to permit me to state that there is a reasonable probability that the care, skill and/or knowledge exercised or exhibited by the Insurance Producer(s) and/or agents and brokers fell below and deviated from the acceptable professional industry standards and practices, and that a breach of duty occurred.

5. I have no financial interest of any kind in the outcome of this litigation, nor do I have any personal or business relationships with any of the parties.

6. This Affidavit of Merit is specifically directed to and pertains to the actions or lack of action on the part of the following insurance agency(ies) and/or insurance producer(s):

  * Willis of New Jersey, Inc., its owners, principals, licensed Insurance Producers and employees
  * Willis Of Pennsylvania, Inc., its owners, principals, licensed Insurance Producers and employees
  * CRC Insurance Services, Inc., its owners, principals, licensed Insurance Producers and employees

I hereby certify that the foregoing statements by me are true. I am aware that if the foregoing statements are willingly false I am subject to punishment.

Dated: April 23, 2018

_____
Armando M. Castellini

Subscribed and sworn to before me this 23rd day of April 2018.

_____
Notary Public of New Jersey
PATRICIA HRIG
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 7/19/2017

This is an Affidavit of Merit. If any Defendant contends that this Affidavit of Merit fails to completely satisfy the requirement of the Affidavit of Merit statute in any way, demand is hereby made that the Defendant immediately notify Plaintiff of any such alleged deficiencies so that same may be corrected if necessary and within the time constraint of N.J.S.A. 2A:53A-26 et. seq.