# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>19-1411</u>

Gemini Insurance Co v. FCI Transport Inc

(U.S. District Court No.: 3-17-cv-07393)

## ORDER

     In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   November 18, 2019
JK/cc:  William A. Bock, Esq.
       Peter Chamas, Esq.
       Douglas Y. Christian, Esq.
       William H. Mergner Jr., Esq.
       Robert A. Mintz, Esq.
       Nicholas L. Paone, Esq.
       Mr. William T. Walsh,
       Scott M. Weingart, Esq.
       Steven H. Weisman, Esq.
       Brittany M. Wilson, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate